UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYNE J. KNIGHT | CIVIL ACTION |
| VERSUS | NO. 20-2712 |
| CBS CORPORATION, ET AL | SECTION "L" (2) |

**ORDER OF RECUSAL**

In accordance with to 28 U.S.C. § 455(b)(5), the undersigned hereby recuses herself from this matter. *See also* Judicial Conference of the United States, Committee on Codes of Conduct, Advisory Opinion No. 58 (Aug. 9, 1978, revised July 10, 1998) (citing Canon 3C(1)(d)(ii) and (iii)). The Clerk of Court is directed to reallot the captioned matter to another Magistrate Judge.

New Orleans, Louisiana, this __10th__ day of February, 2021.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

2/10/21
REALLOTTED TO
**MAG 4**